No. 103. BAKER ET AL. *v.* CARR ET AL. Appeal from the United States District Court for the Middle District of Tennessee. (Probable jurisdiction noted, 364 U. S. 898.) Argued April 19–20, 1961. It is ordered that this case be set for reargument on October 9, 1961. *Charles S. Rhyne* and *Z. T. Osborn, Jr.* argued the cause for appellants. With them on the briefs were *Hobart F. Atkins, Robert H. Jennings, Jr., J. W. Anderson, C. R. McClain, Harris A. Gilbert, E. K. Meacham* and *Herzel H. E. Plaine. James M. Glasgow* and *Jack Wilson,* Assistant Attorneys General of Tennessee, argued the cause for appellees. With them on the briefs were *George F. McCanless,* Attorney General, and *Milton P. Rice,* Assistant Attorney General. By special leave of the Court, *Solicitor General Cox* argued the cause for the United States, as *amicus curiae,* urging reversal. With him on the brief were *Acting Assistant Attorney General Doar, Bruce J. Terris, Harold H. Greene, David Rubin* and *Howard A. Glickstein.* Briefs of *amici curiae,* urging reversal, were filed by *Roger Arnebergh, Henry P. Kucera, J. Elliott Drinard, Barnett I. Shur, Alexander G. Brown, Nathaniel H. Goldstick* and *Charles S. Rhyne* for the National Institute of Municipal Law Officers; *W. Scott Miller, Jr.* and *George J. Long* for the City of St. Matthews, Kentucky; *Upton Sisson, Clare S. Hornsby, Walter L. Nixon, Jr.* and *John Sekul* for Marvin Fortner et al.; and *Eugene H. Nickerson* and *David M. Levitan* for John F. English et al.

No. 941, Misc. MARINO *v.* NEW YORK. Motion for leave to file petition for writ of certiorari denied.